**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 24-1964**

KIRK RUSSEL MARSH,

Plaintiff - Appellant,

v.

STATE OF UTAH, Office of the Attorney General for the State of Utah; MICHAEL EDWARDS, State Judge; DANA EMMONS, Court Appointed Reunification Counselor,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Patricia Tolliver Giles, District Judge. (1:24-cv-00516-PTG-IDD)

Submitted: December 5, 2024                    Decided: December 9, 2024

Before GREGORY and RICHARDSON, Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Kirk Russel Marsh, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kirk Russel Marsh appeals the district court's order dismissing his complaint without prejudice for lack of subject matter jurisdiction based on the *Rooker-Feldman*[*] doctrine. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Marsh v. Utah*, No. 1:24-cv-00516-PTG-IDD (E.D. Va. Sept. 13, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] *D.C. Court of Appeals v. Feldman*, 460 U.S. 462 (1983); *Rooker v. Fid. Tr. Co.*, 263 U.S. 413 (1923).